| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: MABEL ARREDONDO / MABEL ARREDONDO / 9328 LAIT DR / EL PASO, TX 79925 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (915) 999-8219   FAX NO *(Optional)*: <br> E-MAIL ADDRESS *(Optional)*: mabel.arredondo22@gmail.com <br> ATTORNEY FOR *(Name)*: Plaintiff | **FILED** <br> August 29, 2022 <br> CLERK, U.S. DISTRICT COURT <br> WESTERN DISTRICT OF TEXAS <br> BY: _Michael Trujillo_ <br> DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   OUT OF STATE COURT <br> STREET ADDRESS: <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: OUT OF STATE COURT | |
| PLAINTIFF / PETITIONER: MABEL ARREDONDO <br> DEFENDANT / RESPONDENT: NATIONAL TAX ADVISORY SERVICES, LLC | CASE NUMBER: <br> EP22CV0277 |
| **PROOF OF SERVICE** | Ref. No. or File No.: <br> 7557360 (21550) |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: <br> SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. Party served: NATIONAL TAX ADVISORY SERVICES, LLC

4. Address where the party was served: <br> 21550 OXNARD ST STE 630 <br> WOODLAND HILLS, CA 91367

5.b. I served the party on: **DATE: Aug 24, 2022  TIME: 12:14 pm**

   I served the party by **personal service. I left the items in item 2 with the defendant personally.**

   I left the documents listed in Item 2 with or in the presence of <br> **KEITH ELDER, AUTHORIZED AGENT TO ACCEPT SERVICE**

   Physical Description: **Age: 55-60; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'8"; Hair: White; Eyes: Brown;**



| | |
|---|---|
| 7.a. ARMANDO ALONSO SANDOVAL <br> b. C/O United Legal <br> 1128 E 6th St, Suite 2 Corona, CA 92879 <br> c. 855-401-8834 <br> d. Fee: $82.00 | e. California Registered Process Server <br> Independent Contractor (not employee) <br> Registration # 20211031093 <br> County: LOS ANGELES |

8. I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct. <br> DATE: 08/25/2022

_____ <br> ARMANDO ALONSO SANDOVAL - FILE BY FAX

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev, Jan 1, 2007]                                                                                           Code of Civil Procedure, Sec 417.10