**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Mabel Arredondo
9328 Lait Drive
El Paso, TX 79925
3:22-CV-0277-KC ECF 17

7020 1810 0001 4515 3854

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions